UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ CANO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FARM FRESH PACKAGING, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00366 - --- - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Doc. 3) |

Plaintiff Luz Cano initiated this action by filing a complaint and motion to proceed *in forma pauperis*. (Docs. 1, 3.) The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and finds Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is **GRANTED**;
2. The Clerk of Court is DIRECTED to issue summons as to the defendants;
3. The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

4. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendants as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated:  **March 12, 2015**                              **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE