Estella M. Cisneros (SBN 287733)
CALIFORNIA RURAL LEGAL ASSISTANCE INC.
2115 Kern Street, Suite 370
Fresno, CA 93721
Telephone: (559) 441-8721; Facsimile: (559) 441-0724

Blanca A. Bañuelos (SBN 231585)
CALIFORNIA RURAL LEGAL ASSISTANCE INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605; Facsimile: (209) 946-5730

Elizabeth Kristen (SBN 218227)
Sharon Terman (SBN 237236)
THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 864-8848; Facsimile:  (415) 593-0096

Attorneys for PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ CANO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FARM FRESH PACKAGING, a California Limited Liability Corporation; LUIS ESPARZA SERVICES, INC., a California Corporation;<br><br>　　　　　　Defendant(s). | Case No.: 1:15-CV-00366-JAM-JLT<br><br>ORDER OF DISMISSAL |

Pursuant to Plaintiff's submission of their request for Dismissal, and GOOD CAUSE APPEARING THEREFORE;

IT IS SO ORDERED that this case be submitted with prejudice in its entirety against all Defendants.

Date:  3/21/2016

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　United States District Court Judge

[Proposed] ORDER OF DISMISSAL